```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 08 B 12907
   TERRI L RICHMOND
                                            CHAPTER 13

                                            JUDGE: JACK B SCHMETTERER

         Debtor
    SSN XXX-XX-4420


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/20/2008 and was not confirmed.

     The case was dismissed without confirmation 01/21/2009.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS         CLAIM AMOUNT      INTEREST     PRINCIPAL
                                                             PAID          PAID
------------------------------------------------------------------------------

INTERNAL REVENUE SERVICE  PRIORITY        22942.66            .00           .00
ILLINOIS DEPT OF REVENUE  UNSECURED          80.00            .00           .00
ILLINOIS DEPT OF REVENUE  PRIORITY        NOT FILED           .00           .00
NATIONAL MONEY SERVICE    UNSECURED       NOT FILED           .00           .00
ACCESS COMMUNITY HEALTH   UNSECURED       NOT FILED           .00           .00
AETNA                     UNSECURED       NOT FILED           .00           .00
CINGULAR                  UNSECURED       NOT FILED           .00           .00
ALEXIAN BROTHERS MED CEN  UNSECURED          200.00           .00           .00
BMG MUSIC SERVICES        UNSECURED       NOT FILED           .00           .00
ALLSTATE ADJ              UNSECURED       NOT FILED           .00           .00
ALVERNO CLINICAL LABS LL  UNSECURED       NOT FILED           .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED          380.96           .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED       NOT FILED           .00           .00
THE PAYDAY LOAN STORE     UNSECURED       NOT FILED           .00           .00
AMERICAS FINANCIAL CHOIC  UNSECURED       NOT FILED           .00           .00
HORIZONS HEALTHCARE       UNSECURED       NOT FILED           .00           .00
AMERICLEAN CARPET & AIRD  UNSECURED       NOT FILED           .00           .00
AUTOMATED PAYMENT SERVIC  UNSECURED       NOT FILED           .00           .00
ARROW FINANCIAL SERVICES  UNSECURED       NOT FILED           .00           .00
ASPIRE                    UNSECURED       NOT FILED           .00           .00
AT & T BANKRUPCTY         UNSECURED       NOT FILED           .00           .00
ANGIE CRAIG/MARTHA'S COM  UNSECURED       NOT FILED           .00           .00
SOUTHWEST AIRLINES CO     UNSECURED       NOT FILED           .00           .00
AWA COLLECTIONS           UNSECURED       NOT FILED           .00           .00
BANK OF AMERICA           UNSECURED       NOT FILED           .00           .00
BANK ONE                  UNSECURED       NOT FILED           .00           .00
BANK ONE                  UNSECURED       NOT FILED           .00           .00
GRAND VICTORIA CASINO     UNSECURED       NOT FILED           .00           .00
C L KNOWLES DDS           UNSECURED       NOT FILED           .00           .00
CHASE BANK                UNSECURED       NOT FILED           .00           .00
CASHCALL INC              UNSECURED         5821.73           .00           .00
CENTRAL PORTOLIO CONTROL  UNSECURED       NOT FILED           .00           .00
CERTEGY PAYMENT RECOVERY  UNSECURED       NOT FILED           .00           .00
CHEX SYSTEMS COLLECTION   UNSECURED       NOT FILED           .00           .00
CHICAGO TRIBUNE           UNSECURED       NOT FILED           .00           .00

                    PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12907 TERRI L RICHMOND
```

```
CITY OF CHICAGO PARKING   UNSECURED       1255.95              .00          .00
CITY OF WOOD DALE         UNSECURED     NOT FILED              .00          .00
CITY OF WOOD DALE         UNSECURED     NOT FILED              .00          .00
CASH ADVANCE NOW          UNSECURED     NOT FILED              .00          .00
COMMONWEALTH EDISON       UNSECURED        813.32              .00          .00
CONSULTANTS IN CLINICAL   UNSECURED     NOT FILED              .00          .00
COMCAST                   UNSECURED     NOT FILED              .00          .00
DAVID J AXELROD & ASSOC   UNSECURED     NOT FILED              .00          .00
D & B RMS                 UNSECURED     NOT FILED              .00          .00
ELK GROVE RADIOLOGY SC    UNSECURED     NOT FILED              .00          .00
EQUIFAX CHECK SERVICES    UNSECURED     NOT FILED              .00          .00
QUICK PAYDAY              UNSECURED     NOT FILED              .00          .00
EXCEL EMERGENCY CARE      UNSECURED     NOT FILED              .00          .00
EZ PHONE INC              UNSECURED     NOT FILED              .00          .00
CHICAGO STATE UNIVERSITY  UNSECURED     NOT FILED              .00          .00
GENESIS FINANCIAL SERVIC  UNSECURED           .00              .00          .00
GENTILE HEALTHCARE ASSOC  UNSECURED     NOT FILED              .00          .00
GERALD J MINGOLELLI       UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
JEWELS                    UNSECURED     NOT FILED              .00          .00
HARVARD COLLECTION SERVI  UNSECURED     NOT FILED              .00          .00
HONOR FINANCE             UNSECURED     NOT FILED              .00          .00
IQ TELECOM                UNSECURED     NOT FILED              .00          .00
NWMFF DIAG RADIO          UNSECURED     NOT FILED              .00          .00
ST FRANCES HOSPITAL       UNSECURED     NOT FILED              .00          .00
IDES                      UNSECURED       4137.00              .00          .00
IMAGINE                   UNSECURED     NOT FILED              .00          .00
IMAGINE/FBOFD             UNSECURED     NOT FILED              .00          .00
IMPACTCASH USA            UNSECURED        465.00              .00          .00
INSTANT CASH ADVANCE      UNSECURED     NOT FILED              .00          .00
INTERNAL REVENUE SERVICE  UNSECURED      35033.25              .00          .00
T MOBILE                  UNSECURED     NOT FILED              .00          .00
LITTLE CO MARY HOSPITAL   UNSECURED     NOT FILED              .00          .00
MALCOLM S GERALD & ASSOC  UNSECURED     NOT FILED              .00          .00
CASH ADVANCE USA          UNSECURED     NOT FILED              .00          .00
RADIOLOGY IMAGING CONSUL  UNSECURED     NOT FILED              .00          .00
METRO TELECONNECT         UNSECURED     NOT FILED              .00          .00
ST JAMES OLYMPIA FIELDS   UNSECURED     NOT FILED              .00          .00
ST JAMES OLYMPIA FIELDS   UNSECURED     NOT FILED              .00          .00
ST JAMES OLYMPIA FIELDS   UNSECURED     NOT FILED              .00          .00
ST JAMES OLYMPIA FIELDS   UNSECURED     NOT FILED              .00          .00
BANK ONE                  UNSECURED     NOT FILED              .00          .00
```

```
GREGORY EMERGENCY PHYSIC  UNSECURED     NOT FILED             .00              .00
CHASE AUTO FINANCE        UNSECURED     17001.95              .00              .00
NICOR GAS                 UNSECURED     NOT FILED             .00              .00
NATIONAL MONEY SERVICES   UNSECURED     NOT FILED             .00              .00
NORTHWEST PREMIUM SERVIC  UNSECURED      1439.57              .00              .00
NORTHWESTERN MED FACULTY  UNSECURED       255.12              .00              .00
NORTHWESTERN MEMORIAL HO  UNSECURED     NOT FILED             .00              .00
NORTHWESTERN HOSPITAL     UNSECURED     NOT FILED             .00              .00
ST ALEXIUS MED CENTER     UNSECURED     NOT FILED             .00              .00
MICHAEL REESE HOSPITAL    UNSECURED           .00             .00              .00
PNC BANK                  UNSECURED      1466.74              .00              .00
TCF BANK                  UNSECURED     NOT FILED             .00              .00
RESURRECTION MEDICAL CEN  UNSECURED     NOT FILED             .00              .00
NORTHWESTERN FACULTY FOU  UNSECURED     NOT FILED             .00              .00
SHORT TERM LOAN           UNSECURED     NOT FILED             .00              .00
SOUTHWEST CREDIT          UNSECURED     NOT FILED             .00              .00
SPECIFIED CREDIT ASSOC    UNSECURED     NOT FILED             .00              .00
ST JAMES HOSPITAL & HEAL  UNSECURED     NOT FILED             .00              .00
STAGMANS TAXTICIAN        UNSECURED       225.00              .00              .00
ILLINOIS DEPT OF EMPLOYM  UNSECURED     NOT FILED             .00              .00
STERLING KING             UNSECURED     NOT FILED             .00              .00
STERLING & KING INC       UNSECURED     NOT FILED             .00              .00
T MOBILE                  UNSECURED     NOT FILED             .00              .00
THE SIGNAL                UNSECURED     NOT FILED             .00              .00
SURETY FINANCIAL SERVICE  UNSECURED     NOT FILED             .00              .00
TELECHECK                 UNSECURED     NOT FILED             .00              .00
AMERICAN LEGAL CORP       UNSECURED     NOT FILED             .00              .00
CASH ADVANCE USA          UNSECURED     NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSECURED       455.00              .00              .00
COMMONWEALTH EDISON       UNSECURED     NOT FILED             .00              .00
TRS                       UNSECURED     NOT FILED             .00              .00
TRUE LOGIC FINANCIAL COR  UNSECURED     NOT FILED             .00              .00
UNIVERSITY OF CHICAGO HO  UNSECURED     NOT FILED             .00              .00
UNITED CASH LOANS         UNSECURED     NOT FILED             .00              .00
US POSTAL SERVICE~        UNSECURED     NOT FILED             .00              .00
UNIVERSITY OF CHICAGO PH  UNSECURED     NOT FILED             .00              .00
US BANK                   UNSECURED     NOT FILED             .00              .00
WEST ASSET MANAGEMENT     UNSECURED     NOT FILED             .00              .00
ROUNDUP FUNDING LLC       UNSECURED      1538.01              .00              .00
ANGIE DICKERSON           NOTICE ONLY   NOT FILED             .00              .00
INTERNAL REVENUE SERVICE  SECURED NOT I  5330.00              .00              .00
ILLINOIS DEPT OF REVENUE  SECURED NOT I  1187.65              .00              .00
GENESIS FINANCIAL SERVIC  UNSECURED      1189.75              .00              .00
ROBERT J SEMRAD & ASSOC   DEBTOR ATTY    1,864.00                          1,864.00
TOM VAUGHN                TRUSTEE                                            144.63
DEBTOR REFUND             REFUND                                           3,612.93

        Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------


                 PAGE  3 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 12907 TERRI L RICHMOND
```

```
                              RECEIPTS             DISBURSEMENTS
-------------------------------------------------------------------------------
TRUSTEE                       5,621.56

PRIORITY                                                      .00
SECURED                                                       .00
UNSECURED                                                     .00
ADMINISTRATIVE                                           1,864.00
TRUSTEE COMPENSATION                                       144.63
DEBTOR REFUND                                            3,612.93
                             ---------------        ---------------
TOTALS                        5,621.56                   5,621.56
```

   Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                              /s/ Tom Vaughn
   Dated: 03/10/09            _____
                              TOM VAUGHN
                              CHAPTER 13 TRUSTEE